**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL NO. 08-781-GPM<br>) |
| C. GRANTHAM COMPANY, INC., C. GRANTHAM WASTE, INC., JLQ, INC., GRANTHAM LOGISTICS, INC., and JIM QUIRIN, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter came before the Court on March 9, 2009, for a hearing on Plaintiff First National Insurance Company of America's motion for preliminary injunction (Doc. 4). The parties received due notice of the hearing and were given an opportunity to be heard.

**IT IS HEREBY ORDERED**:

1. For the reasons stated on the record at the March 9, 2009, hearing, the motion for preliminary Injunction is **GRANTED**.

2. Defendants shall place with First National Insurance Company of America the initial amount of $246,027.00 of funds by money, property, or liens or security interests in property, and any additional amount as determined by First National Insurance Company of America as security for its obligations under the surety bonds issued by First National Insurance Company of America on behalf of the Defendants.

3. Defendants shall indemnify and exonerate First National Insurance Company of America for all liabilities, losses, and expenses incurred by First National Insurance Company of America as a result of First National Insurance Company of America having issued the surety bonds on the behalf of the Defendants.

4. Defendants shall provide First National Insurance Company of America access to Defendants' books and records for inspection and copying by First National Insurance Company of America pursuant to the terms of the Indemnity Agreement.

5. Defendants shall pay First National Insurance Company of America's costs, including reasonable attorneys' and consulting fees incurred in connection with its enforcement of the Indemnity Agreement.

**IT IS SO ORDERED.**

DATED: 3/9/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge