**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **FIRST NATIONAL INSURANCE COMPANY OF AMERICA,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **CIVIL NO. 08-781-GPM** |
| **C. GRANTHAM COMPANY, INC., C. GRANTHAM WASTE, INC., JLQ, INC., GRANTHAM LOGISTICS, INC., and JIM QUIRIN,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

# ORDER

**MURPHY, District Judge:**

The motion for leave to withdraw as counsel for Defendants, C. Grantham Company, Inc., C. Grantham Waste, Inc., JLQ, Inc., Grantham Logistics, Inc., and Jim Quirin (Doc. 36), is **GRANTED**. Defendants shall retain other counsel and have counsel file an entry of appearance with this district court on or before **April 2, 2009**. The Clerk of Court is **DIRECTED** to mail a copy of this Order, via certified mail, return-receipt requested, to (1) Defendants  C. Grantham Company, Inc., C. Grantham Waste, Inc., JLQ, Inc., Grantham Logistics, Inc. at 8118 Bunkum Road, Caseyville, Illinois 62232, and (2) Defendant Jim Quirin at 313 Barrington, Columbia, Illinois 62236.

**IT IS SO ORDERED.**

DATED: 3/9/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge