**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

FIRST NATIONAL INSURANCE )
COMPANY OF AMERICA, )
            )
            **Plaintiff,** )
            )
vs. )    **CIVIL NO. 08-781-GPM**
            )
C. GRANTHAM COMPANY, INC., )
C. GRANTHAM WASTE, INC., JLQ, INC., )
GRANTHAM LOGISTICS, INC., and JIM )
QUIRIN, )
            )
            **Defendants.** )

# ORDER

**MURPHY, District Judge:**

On June 1, 2009, the Clerk entered default against Defendants, C. Grantham Company, Inc., C. Grantham Waste, Inc., JLQ, Inc., Grantham Logistics, Inc., and Jim Quirin (Doc. 57). This was done at the Court's direction, based on Defendant Jim Quirin's response to an Order to Show Cause filed on behalf of all defendants (Docs. 51, 56).

Plaintiff now seeks a default judgment in the amount of $287,060.39 (Doc. 61). Because Defendants are in default, and they have received sufficient notice of Plaintiff's proof of damages (*see* Docs. 61, 62), the motion for default judgment is **GRANTED**. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of **$287,060.39**.

     **IT IS SO ORDERED.**

     DATED: 6/24/09

                             s/ *G. Patrick Murphy*
                             G. Patrick Murphy
                             United States District Judge