**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-781-GPM |
| ) | |
| C. GRANTHAM COMPANY, INC., ) C. GRANTHAM WASTE, INC., JLQ, INC., ) GRANTHAM LOGISTICS, INC., and JIM ) QUIRIN, ) ) | |
| Defendants. ) | |

## <u>DEFAULT JUDGMENT</u>

This action came before District Judge G. Patrick Murphy following an entry of default

against Defendants, and the following decision was reached:

**IT IS ORDERED** that Plaintiff, First National Insurance Company of America, recover

from Defendants, C. Grantham Company, Inc., C. Grantham Waste, Inc., JLQ, Inc., Grantham

Logistics, Inc., and Jim Quirin, jointly and severally, the amount of $287,060.39.

**DATED**: 6/24/09

JUSTINE FLANAGAN, ACTING CLERK


By: s/ Linda M. McGovern
Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge